Certain Appeal.

Argued
March 18, 1970. *Michael Hillegass,* for appellant;
*James D. Crawford,* Deputy District Attorney, with
him *Anne T. Welsh,* Assistant District Attorney, *Rich-
ard A. Sprague,* First Assistant District Attorney, and

*Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.